IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01728-RBJ

KARMAN, INC., a Colorado corporation,

    Plaintiff,

v.

MILLER INTERNATIONAL, INC., a Colorado corporation,

    Defendant.

## ORDER

THIS MATTER, coming before the Court upon Plaintiff Karman, Inc. and Defendant Miller International, Inc.'s (collectively, the "Parties") Joint Motion to Vacate Scheduling Conference [Doc. No. 16], and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Parties' Joint Motion is GRANTED. The Parties shall file a status report with the Court advising of the issues involved in the dispute no later than ten (10) days after the Petition for Reexamination is fully resolved.

DONE AND ORDERED this 11th day of December, 2013.

BY THE COURT:

R. Brooke Jackson
United States District Court Judge